IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: LOUIS RAY EAGLE AND TERRY ANN EAGLE, DEBTORS     NO. 5:10-bk-76681
(CHAPTER 7)

## TRUSTEE'S OBJECTIONS TO CLAIMS

Comes now John T. Lee, Trustee herein, and hereby objects to the following claims filed in this case for the reasons set forth below:

1. That your Trustee objects to Claim No. 1 filed herein on January 26, 2011 by Delta Trust & Bank as a secured claim in the amount of $22,647.32 for the reason that this claim has no attachments to document the amount and nature of the indebtedness claimed to be owed; that it indicates the security for this claim is a "motor vehicle", and there has been no showing that this creditor has exercised its rights and remedies with regard to its collateral and incurred an unsecured deficiency claim; that for these reasons, this claim should be disallowed.

2. That your Trustee objects to Claim No. 2 filed herein on January 26, 2011 by Delta Trust & Bank as a secured claim in the amount of $6,314.13 for the reason that this claim has no attachments to document the amount and nature of the indebtedness claimed to be owed; that it indicates the security for this claim is a "motor vehicle", and there has been no showing that this creditor has exercised its rights and remedies with regard to its collateral and incurred an unsecured deficiency claim; that for these reasons, this claim should be disallowed.

3. That your Trustee objects to Claim No. 3 filed herein on January 26, 2011 by Delta Trust & Bank as a secured claim in the amount of $33,159.63 for the reason that this claim has no attachments to document the amount and nature of the indebtedness claimed to be owed; that it indicates the security for this claim is a "motor vehicle", and there has been no showing that this creditor has exercised its rights and remedies with regard to its collateral and incurred an unsecured deficiency claim; that for these reasons, this claim should be disallowed.

WHEREFORE, John T. Lee, your Trustee herein, prays that the Court enter an Order sustaining his Objections to the above claims for the reasons set forth herein, and disallow the same; and for all other relief to which he may be entitled.

Respectfully submitted,

JOHN T. LEE, TRUSTEE

By:        /s/ John T. Lee           
    John T. Lee, Attorney for Trustee
    P. O. Box 1348
    Siloam Springs, AR 72761
    479-524-2337

NOTICE: UNLESS WRITTEN RESPONSE IS MADE WITHIN THIRTY (30) DAYS from the date of this Objection to Claim, the Court will enter an Order sustaining Trustee's Objection without further Notice. Timely filed responses will be set for hearing by subsequent Notice.

IMPORTANT INFORMATION: Written response should be captioned the same as this Objection to Claim, i.e., bear the name of the Court, the name of the Debtor(s), and the case number. The response should be titled "Response to Trustee's Objection to Claim". The body of the response should state the reason(s) that the Trustee's Objection should be overruled. The response should be signed by the claimant (or claimant's attorney) and reflect the claimant's (or claimant's attorney's) address.

The response must be filed with the Clerk of the Bankruptcy Court, 35 E. Mountain Street, Room 316, Fayetteville, AR 72701, and served on the Trustee and the U. S. Trustee. (The response should not be submitted in letter form).

## CERTIFICATE OF SERVICE

I, John T. Lee, hereby certify that I have served a true and correct copy of the foregoing Trustee's Objection to Claim/30-Day Notice of Opportunity to Respond upon the persons shown below by mailing a copy by United States mail, first class, postage prepaid, to each at their regular mailing address, or via the US Bankruptcy Court's electronic ECF/CM system, all on this 25th day of July, 2011.

          /s/ John T. Lee
              John T. Lee

Delta Trust & Bank
16600 Chenal Pkwy
Little Rock, AR 72223

Louis R. and Terry A. Eagle
P. O. Box 87
Rogers, AR 72757

J. Robin Pace, Attorney
2106 S. Walton, Ste. D
Bentonville, AR 72712

U. S. Trustee
200 West Capitol, Ste. 1200
Little Rock, AR 72201