FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

AUG 09 2011

JEAN ROLFS, CLERK by JJK

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE; LOUIS RAY EAGLE AND TERRY ANN EAGLE, DEBTORS     NO.5;10-BK-76681
(CHAPTER 7)

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM**

    Comes now Cheryl L. Blow, Credit Manager for Locke Supply Co in response to Trustee's Objection to Claim to state the reason that the Trustee's Objection should be overruled for the reason that the obligation of General Heating & Air Conditioning was agreed and signed by Louis Ray Eagle in the form of a personal guarantee. A copy of the personal guarantee will accompany this response.

    WHEREFORE, Cheryl L. Blow, Credit Manager of Locke Supply Co, requests that the Court enter an order to disallow the Objection of the Trustee, John T. Lee, and allowing the Unsecured Claim No. 13 filed on April 26, 2011 by Locke Supply Co.

Respectfully submitted,

CHERYL L. BLOW, CREDIT MANAGER

By: /s/Cheryl L. Blow
      Cheryl L. Blow
      P. O. Box 26128
      Oklahoma City, OK   73126